## FIRST DISTRICT.

**Macavoy Advertising Company, appellee, v. George H. Leslie, appellant. Gen. No. 24,515.**
Action to recover on advertising contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.
Clarence T. Morse, for appellant. W. Knox Haynes and Michael Feinberg, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Helen McCormick, appellee, v. Richard J. McCormick et al., on appeal of John A. McCormick, individually and as executor of the will of Margaret McCormick, deceased, appellant. Gen. No. 24,523.**
Suit by wife for separate maintenance and for relief provided for in J. & A. St. ¶ 6148, in case of abandonment. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.
Thomas W. Flynn, Thomas F. Burke and Roy C. Merrick, for appellant. No appearance for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**M. Meyerhoff, appellant, v. Louis Vehon & Sons, appellee. Gen. No. 24,547.**
Action to recover rent alleged to have been assumed by defendant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact and judgment here. Opinion filed October 10, 1919.
Walter A. Murray, for appellant. John L. McInerney, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.